UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MARC ANTHONY KING,

          Plaintiff,

v.

MICHAEL BURGESS, et al.,

          Defendants.
_____/

Hon. Phillip J. Green

Case No. 23-cv-00592

## JUDGMENT

Consistent with the Opinion filed this day, Defendants' Motion for Summary Judgment, (ECF No. 19), is granted and this matter is terminated.


Dated:  August 6, 2025               /s/ Phillip J. Green
                                      PHILLIP J. GREEN
                                      United States Magistrate Judge